# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

SHERLINE WILLIAMS NATHANIEL, )
)
        Plaintiff, )
) CIVIL NO. 2007/0033
v. )
)
)
AMERICAN AIRLINES, )
)
        Defendant. )
)
)
_____ )

## ORDER

FINCH, J.

      THIS MATTER comes before the Court on Plaintiff's Appeal From Magistrate Judge's Order Entered April 16, 2008 Denying Plaintiff's Motion to Compel Defendant to Supplement Rule 26 Disclosures. After careful consideration and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

      **ORDERED** that Plaintiff's Appeal From Magistrate Judge's Order Entered April 16, 2008 Denying Plaintiff's Motion to Compel Defendant to Supplement Rule 26 Disclosures is **DENIED IN PART** and **GRANTED IN PART**.

      **ORDERED** that the Magistrate's Order denying Plaintiff's Motion to Compel the telephone numbers and home addresses of Defendant's employees is **AFFIRMED.** It is further

      **ORDERED** that Plaintiff shall not be permitted to obtain the telephone numbers and home addresses of Defendant's employees listed on Defendant's Initial Rule 26 Disclosures. It is further

**ORDERED** that the Magistrate's Order denying Plaintiff's Motion to Compel disclosure of Defendant's passenger manifest is **REVERSED.** It is further

**ORDERED** that the Magistrate Judge shall issue a confidentiality order between the parties to protect the privacy interests of persons listed on Defendant's passenger manifest. It is further

**ORDERED** that Defendant shall provide Plaintiff with the names and, if available, the address and telephone number of each passenger listed on Defendant's passenger manifest within thirty (30) days of the date of the protective confidentiality order.

**ENTERED this 20th day of November, 2008.**

/s/
**HONORABLE RAYMOND L. FINCH
SENIOR U.S. DISTRICT JUDGE**